E-FILED: **8/18/10**

JS - 6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN S. ASFOUR, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CONTINENTAL SERVICE GROUP, INC, d/b/a CONSERVE, a New York corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. 2:10-cv-00938-GHK-AJW<br><br>**[PROPOSED] ORDER RE: STIPULATION RE DISMISSAL OF ENTIRE ACTION AND ALL PARTIES, WITH PREJUDICE**<br><br>**[FILED CONCURRENTLY WITH STIPULATION RE DISMISSAL OF ENTIRE ACTION AND ALL PARTIES, WITH PREJUDICE]** |

The Court has reviewed the Stipulation of Plaintiff KEVIN ASFOUR and Defendant CONTINENTAL SERVICE GROUP, INC, d/b/a CONSERVE ("Defendant") to dismiss with prejudice the above-entitled action, in its entirety. Pursuant to the Stipulation between the parties, the Court orders as follows:

/ / /

/ / /

/ / /

1. That the above-entitled lawsuit is hereby dismissed, with prejudice, pursuant to FRCP 41(a)(1). Each party shall bear their own costs and expenses.

**IT IS SO ORDERED**

DATED: 8/17/10 

_____
UNITED STATES DISTRICT JUDGE